# Court of Appeals
# of the State of Georgia

ATLANTA,___May 25, 2012___

*The Court of Appeals hereby passes the following order:*

**A12D0376.  HECTOR MORENO v. THE STATE.**

By order entered March 28, 2012, the trial court denied Hector Moreno's extraordinary motion for new trial.  On April 9, Moreno filed a motion requesting an extension of time in which to file an application for discretionary appeal.  On April 30, Moreno filed the instant application.

Moreno's request for an extension of time is hereby GRANTED.  Upon considering the merits of Moreno's application for discretionary appeal, however, it is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_05/25/2012___
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____, *Clerk.*